Filing # 240935894 E-Filed 02/04/2026 05:37:58 AM

**IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR OSCEOLA COUNTY, FLORIDA**

SUMMARY CLAIMS DIVISION
CASE NO. 20_____SC_____SP

Matthew Weiss
_____
(NAME)
  Confidential
_____
(STREET)
 Confidential
_____
(CITY/STATE/ZIP CODE)        PLAINTIFF(S)

VS.
  Early Warnings Services, LLC
_____
(NAME)
 5801 N Pina Road
_____
(STREET)
  Scottsdale, AZ 85250
_____
(CITY/STATE/ZIP CODE)        DEFENDANT(S)

### STATEMENT OF CLAIM

The plaintiff(s) sue the defendant(s) for an amount that does not exceed $8,000.00 exclusive of court costs, interest and attorney's fees; for money owed to the plaintiff(s) by the defendant(s) which is past due and unpaid for the reason checked below:

\___ Goods, wares, and merchandise sold by the Plaintiff to the Defendant. (List goods, prices, and any credits)

\___ Goods, wares, and merchandise sold by the Defendant to the Plaintiff. (List goods, prices, and any credits)

\___ Work done, and material furnished by Plaintiff to Defendant. (List time and materials showing charges and credits)

\___ Money loaned by Plaintiff to Defendant.

\___ Money due to Plaintiff upon accounts stated and agreed to between parties.

\___ Money due to Plaintiff on a written instrument. (Copy attached)

\___ Rent for certain premises located in Osceola County, Florida.

\___ Vehicle collision, damages.

x\_\_ Other _FCRA Violations_____ (list action.)

\___ Plaintiff has made written demand for payment but, the defendant has refused to pay.

For additional facts, use additional sheet provided.

Wherefore, Plaintiff(s) demand judgment in the amount of $_____ together with court costs and any further costs the court may assess.

Email: _weissbrokerage@gmail.com_____

_____
Plaintiff Signature

_____6316363441_____
Telephone Number

## EXPLANATION SHEET

## PLEASE PRINT CLEARLY

Early Warning Services LLC has a serial repeat offender, has again violated the Fair Credit reporting act by willfully and intentionally refusing to investigate and make my credit report accurate. Early Warning Services llc, has an obligation under federal and state laws to provide maximum possible accuracy and refuses to follow the laws causing significant damages, embarrassment, stress and bank declines. During the case, plaintiff will provide evidence from the furnishers the,selves admitting early warning services never investigated because the furnisher would agree the info is inaccurate and shouldnt be showing. Plaintiff Seeks actual damages, statutory damages, punitive damages and legal costs. This is only for 1 of the 9 separate disputes over the course of 2025-2026 and the remaining will be filed at a later date should a global resolution not be achieved.